AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES PRUITT, A/K/A "JAMES PARHAM-PRUITT,"<br>_Defendant_ | )<br>)<br>)  Case No. 09m 69 LTS<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  5/1/09  in the county of  Suffolk  in the  ____  District of  Massachusetts , the defendant violated  21  U. S. C. §841 and 860 , an offense described as follows:

knowingly and intentionally possessing with intent to distribute and distributing cocaine base, a Schedule II controlled substance, within one thousand feet of the real property comprising a public or private elementary, vocational, or secondary school, more particularly, the Community Transition School located at 7 Palmer Street in Boston, Massachusetts.

This criminal complaint is based on these facts:
See attached affidavit of BPD SGT. RON PIRRELLO

Continued on the attached sheet.

_Ronald E. Pirrello_
Complainant's signature

BPD SGT. RON PIRRELLO
Printed name and title

Sworn to before me and signed in my presence.

Date: June 1, 2009

_____
Judge's signature

City and state:  Boston, Massachusetts       U.S. MAGISTRATE JUDGE LEO T. SOROKIN
Printed name and title